UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:17-cv-21583-MGC

BABAC MAHALLATI

    Plaintiff,

vs.

L & A ALTON CORP.

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Babac Mahallati, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 5th day of June, 2017.

*s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2017, the foregoing **NOTICE OF SETTLEMENT** was electronically filed in the U.S. Court's CM/ECF, and an electronic copy was sent to:

John P. Fuller
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
E-mail: jpf@fullerfuller.com

*s/ Scott R. Dinin*