UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21583-Civ-COOKE/GOODMAN

BABAC MAHALLATI,

    Plaintiff,

vs.

L & A ALTON CORP.,

    Defendant.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their or its own attorney's fees and costs. *See* Stipulation for Dismissal with Prejudice, ECF No. 13. The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 10th day of June 2017.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*